UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

| | |
|---|---|
| IN RE: | MDL No. 2859 |
| ZIMMER M/L TAPER HIP PROSTHESIS OR M/L TAPER HIP PROSTHESIS WITH KINECTIV TECHNOLOGY AND VERSYSFEMORAL HEAD PRODUCTS LIABILITY LITIGATION | 18-MD-2859 (PAC)  18-MC-2859 (PAC) |
| *This Document Relates to:* | **SHORT FORM COMPLAINT** |
| *Luigi Muzzin v. Zimmer, Inc., Zimmer US, Inc., & Zimmer Biomet Holdings, Inc.* | **INDIVIDUAL CASE #** _____1:21-cv-7675_____ |

-------------------------------------------------------------------------------x

1. Plaintiff, Luigi Muzzin, states and brings this civil action in MDL No. 2859, entitled *In Re: Zimmer M/L Taper Hip Prosthesis or M/L Taper Hip Prosthesis with Kinectiv Technology and Versys Femoral Head Products Liability Litigation*, against Defendants Zimmer, Inc., Zimmer US, Inc., and Zimmer Biomet Holdings, Inc.

2. Plaintiff is filing this Short Form Complaint as permitted by this Court's Case Management Order 9, dated February 7, 2019, and hereby incorporates the Master Long Form Complaint filed in MDL No. 2859 by reference.

### PARTIES, JURISDICTION AND VENUE

3. Plaintiff, Luigi Muzzin, is a resident and citizen of the State of California and claims damages as set forth below.

4. ~~Plaintiff's Spouse,~~ _____, ~~is a resident and citizen of the State of~~ _____, ~~and claims damages as set forth below.~~  *~~[Cross out Spousal Claim if not applicable.]~~*

2300093.1

5.      Venue of this case is appropriate in the United States District Court, Northern District of California.  Plaintiff states that but for the Order permitting directly filing into the Southern District of New York pursuant to Case Management Order 9, Plaintiff would have filed in the United States District Court, Northern District of California.  Therefore, Plaintiff respectfully requests that at the time of transfer of this action back to the trial court for further proceedings that this case be transferred to the above referenced District Court.

6.      Plaintiff brings this action *[check the applicable designation]*:

   __X__       On behalf of himself;

   _____      ~~In a representative capacity as the _____ of the _____ having been duly appointed as the _____ by the _____Court of _____.  A copy of the Letters of Administration for a wrongful death claim is annexed hereto if such letters are required for the commencement of such a claim by the Probate, Surrogate or other appropriate court of the jurisdiction of the decedent.   *[Cross out if not applicable.]*~~

## FACTUAL ALLEGATIONS

ALLEGATIONS AS TO **RIGHT-SIDE** IMPLANT/EXPLANT SURGERY(IES): *[CROSS OUT IF NOT APPLICABLE]*

~~7.      Plaintiff was implanted with a Versys Femoral Head in his/her right hip on or about _____ (date), at the _____ (medical center and address), in _____, by Dr. _____.~~

~~8.      Plaintiff was implanted with the following femoral stem during the _____ (date) implantation surgery:~~

   ~~_____        Zimmer M/L Taper~~

   ~~_____        Zimmer M/L Taper with Kinectiv Technology~~

~~9.      Plaintiff had the following right hip components explanted on or about _____~~

2

~~(date), at _____ (medical center and address) by Dr. _____.:~~

~~_____        Versys femoral head~~

~~_____        Zimmer M/L Taper~~

~~_____        Zimmer M/L Taper with Kinectiv Technology~~

~~[*Cross out if not applicable.*]~~

~~10.    Plaintiff will have the right hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____.~~

~~[*Cross out if not applicable.*]~~

~~11.    Plaintiff has not yet scheduled a surgery for explantation of the right hip components at issue.    [*Cross out if not applicable.*]~~

ALLEGATIONS AS TO **LEFT-SIDE** IMPLANT/EXPLANT SURGERY(IES): [*CROSS OUT IF NOT APPLICABLE*]

12.    Plaintiff was implanted with a Versys Femoral Head in his left hip on or about November 10, 2016, at the San Francisco VA Medical Center, 4150 Clement Street, in San Francisco, California, by Dr. Jonathan Cheah.

13.    Plaintiff was implanted with the following femoral stem during the November 10, 2016 implantation surgery:

  __X__        Zimmer M/L Taper

  _____       Zimmer M/L Taper with Kinectiv Technology

14.    Plaintiff had the following left hip components explanted on or about January 5, 2021, at the Sutter Santa Rosa Regional Hospital, 30 Mark West Springs Road, in Santa Rosa, California, by Dr. Geoffrey S. Tompkins.:

  __X__        Versys femoral head

3

    _____          Zimmer M/L Taper

    _____          Zimmer M/L Taper with Kinectiv Technology

15. ~~Plaintiff will have the left hip components at issue explanted on or about _____, at _____ (medical center and address) by Dr. _____. *[Cross out if not applicable.]*~~

16. ~~Plaintiff has not yet scheduled a surgery for explantation of the left hip components at issue. *[Cross out if not applicable.]*~~

## ALLEGATIONS AS TO INJURIES

17. (a) Plaintiff claims damages as a result of (check all that are applicable):

    __X__          INJURY TO HIMSELF

    \_\_\_\_\_          INJURY TO THE PERSON REPRESENTED

    \_\_\_\_\_          WRONGFUL DEATH

    \_\_\_\_\_          SURVIVORSHIP ACTION

    __X__          ECONOMIC LOSS

    (b) ~~Plaintiff's spouse claims damages as a result of (check all that are applicable): *[Cross out if not applicable.]*~~

    ~~_____          LOSS OF SERVICES~~

    ~~_____          LOSS OF CONSORTIUM~~

18. Plaintiff has suffered injuries as a result of implantation of the Devices at issue manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein.

19. Plaintiff has suffered injuries as a result of the explantation of the Devices at issue

manufactured by the Defendants as shall be fully set forth in Plaintiff's anticipated Amended Complaint if chosen for bellwether consideration, as well as in Plaintiff's Fact Sheet and other responsive documents provided to the Defendant and are incorporated by reference herein. *[Cross out if not applicable.]*

20. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff.

21. Due to the nature of the defect, Plaintiff could not have known that the injuries he suffered were as a result of a defect in the Devices at issue at the time they were implanted or for any period afterwards until the defect was actually discovered by Plaintiff.

**CASE-SPECIFIC ALLEGATIONS AND THEORIES OF RECOVERY**

22. The following claims and allegations are asserted by Plaintiff and are herein adopted by reference from the Master Long Form Complaint (check all that are applicable):

   __X__  COUNT I - NEGLIGENCE;

   __X__  COUNT II - NEGLIGENCE PER SE;

   __X__  COUNT III - STRICT PRODUCTS LIABILITY - DEFECTIVE DESIGN;

   __X__  COUNT IV - STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT;

   __X__  COUNT V - STRICT PRODUCTS LIABILITY- FAILURE TO WARN;

   __X__  COUNT VI - BREACH OF EXPRESS WARRANTY;

   __X__  COUNT VII- BREACH OF WARRANTY AS TO MERCHANTABILITY;

   __X__  COUNT VIII - BREACH OF IMPLIED WARRANTIES;

   __X__  COUNT IX - VIOLATION OF CONSUMER PROTECTION LAWS

2300093.1

   __X__       COUNT X –NEGLIGENT MISREPRESENTATION

   __X__       COUNT XI- FRAUDULENT CONCEALMENT

   __X__       COUNT XII - UNJUST ENRICHMENT

   _____      COUNT XIII – LOSS OF CONSORTIUM

   _____      COUNT XIV – WRONGFUL DEATH

   _____      COUNT XV- SURVIVAL ACTION

In addition to the above, Plaintiff asserts the following additional causes of action under applicable state law:

   __X__       PUNITIVES DAMAGES

   __X__       OTHER: Violation of the California Unfair Competition Law, Cal. Bus. & Prof. Code § 17200, et seq.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment against Defendants as follows:

1. For compensatory damages requested and according to proof;
2. For all applicable statutory damages of the state whose laws will govern this action;
3. For an award of attorneys' fees and costs;
4. For prejudgment interest and costs of suit;
5. Exemplary damages;
6. For restitution and disgorgement of profits; and,
7. For such other and further relief as this Court may deem just and proper.

2300093.1

## JURY DEMAND

Plaintiff hereby demands a trial by jury as to all claims in this action.

Date:  September 14, 2021                                Respectfully submitted,

                                                         By: */s/Kelly K. McNabb*
                                                             Kelly K. McNabb

                                                         **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
                                                         Kelly K. McNabb
                                                         Wendy R. Fleishman
                                                         Patrick I. Andrews
                                                         250 Hudson Street, 8th Floor
                                                         New York, NY 10013-1413
                                                         Telephone: (212) 355-9500
                                                         Facsimile:   (212) 355-9592
                                                         kmcnabb@lchb.com
                                                         wfleishman@lchb.com
                                                         pandrews@lchb.com

                                                         *Counsel for the Plaintiff*

2300093.1